```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>MIGUEL MANZO,<br><br>         Defendant. | CASE NO. 1:12-CR-00320 AWI-DLB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for Miguel Manzo, that the status conference set for December 10, 2012 at 1:00 pm be continued to January 28, 2013 at 1:00 pm before Magistrate Judge Barbara A. McAuliffe. The parties have conferred and agree that additional investigation is necessary.  Since the last status conference, progress regarding additional investigation has been in part delayed due to defense counsel's involvement in a lengthy trial in state court.  Thus, the parties need additional time for investigation and plea negotiations.

   The parties further request the Court to enter an Order finding

that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: December 6, 2012           Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                              By   /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney

Dated: December 6, 2012            /s/ Yan Shrayberman
                                  MARK BROUGHTON
                                  Attorney for Miguel Manzo


    IT IS SO ORDERED.



    IT IS SO ORDERED.

    **Dated:   December 6, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

2