1  LAW OFFICES OF YAN E. SHRAYBERMAN
   Yan E. Shrayberman (State Bar #253971)
2  P.O.Box 506
   Fresno, California  93709
3  Telephone:     (559) 779-2315
   Facsimile:      (213) 352-1010
4
   Attorney for Defendant
5  MIGUEL MANZO

<br>

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Court Case#: 1:12-cr-00320-AWI-BAM (003) |
|---|---|
| Plaintiff, | **STIPULATION AND O R D E R ON TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE** |
| v. | |
| MIGUEL MANZO | |
| Defendant. | |

    Defendant MIGUEL MANZO, though his counsel, respectfully requests that he be allowed to temporarily modify the conditions of his pre-trial release. Mr. MANZO wishes to travel overnight to Central District, to the City of Santa Ana for a family reunion. He requests for a leave on august 30th, 2013 after his work at 5pm and return on September 3rd, 2013 at 9pm. Mr. MANZO will abide by the curfew while in Santa Ana and will check in with his pre-trial officer. On September 3rd, he will return to Fresno and will continue to be actively supervised by the Pre-Trial Services.

    MR.MANZO, never had any serious violations while on pre-trial release. In all likelihood, this is his last family reunion for a very long time. He wishes to spend as much time with his young child and family as he can before his incarceration.

///

///

///

This counsel has spoken with the counsel for the government and there is no objection to this temporary change of the conditions of his pretrial release. Likewise, Dan Stark of Pre-Trial Services and he also indicated that if the U.S. Attorney doesn't object he would not object either.

Date:8/29/2013 */s/Yan E. Shrayberman*
YAN E. SHRAYBERMAN

Date:8/29/2013 */s/ Miguel Manzo*
MIGUEL MANZO

Date:8/29/2013 */s/Kimberly Sanchez*
KIMBERLY SANCHEZ.

-2-

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Court Case#: 1:12-cr-00320-AWI-BAM (003) |
|---|---|
| Plaintiff, | **STIPULATION AND O R D E R ON TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE** |
| v. | |
| MIGUEL MANZO | |
| Defendant. | |

**IT IS ORDERED**, that the conditions of MIGUEL MANZO's pretrial release are hereby modified to reflect that MIGUEL MANZO may travel to the Central District, to the city of Santa Ana on August 30th, 2013 and returning on September 3rd, 2013 and 9pm, and to any other condition that pre-trial officer deems necessary.

IT IS SO ORDERED.

Dated: **August 29, 2013**        /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

-3-