LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California  913709
Telephone:    (559) 779-2315
Facsimile:     (213) 352-1010

Attorney for Defendant
MIGUEL MANZO

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>MIGUEL MANZO.<br><br>              Defendant. | Court Case#: 1:12-cr-00320-AWI-BAM<br><br>**STIPULATION AND ORDER ON TEMPORARYMODIFICATION OF CONDITIONS OF RELEASE** |
|---|---|

**Defendant MIGUEL MANZO, through his counsel, respectfully requests that he be allowed to temporary modify the conditions of his pre-trial release. Mr. MANZO wishes to travel overnight to Central District of California, to the City of Anaheim, for a birthday trip of his son's 2nd birthday. He requests for a leave on March 21, 2014 , after work and to return on March 24th, 2014 at 11pm. While in the Central District he will reside with his grandmother and will check in with his pre-trial officer. On March 24th, 2014, he will return to Fresno and will continue to be actively supervised by the Pre-Trial Services.**

**Previously, Mr. MANZO has been given leaves to travel and in both times he has had no violations of his travel release modifications. Mr. MANZO wishes to spend the birthday together with his son and his wife, as the sentencing date is rapidly approaching and he may not be with his family for a very long time.**

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

**This counsel has spoken with the Government and there is no objection to this temporary change of the conditions of his pre-trial release.**

| | |
|---|---|
| **Date:3/7/14** | */s/Yan E. Shrayberman* |
| | **YAN E. SHRAYBERMAN** |
| **Date:3/7/14** | */s/ Miguel Manzo* |
| | **MIGUEL MANZO** |
| **Date:3/7/14** | */s/Kimberly Sanchez* |
| | **KIMBERLY SANCHEZ.** |

**IT IS ORDERED, that conditions of MIGUEL MANZO's pretrial release are hereby modified to reflect that MIGUEL MANZO may travel to the Central District of California, City of Anaheim on March 21, 2014 and to return to this District on March 24th, 2014 at 11:00pm, and to any other reasonable conditions that pre-trial officer deems necessary. He shall remain in contact with this pre-trial officer as provided in existing conditions.**

IT IS SO ORDERED.

Dated:   **March 10, 2014**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE