UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:12-CR-00320-003 JLT |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| MIGUEL MANZO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. E. Scott Kinney be appointed to represent the above defendant in this case effective *nunc pro tunc* to May 14, 2024. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:   **May 15, 2024**

UNITED STATES DISTRICT JUDGE